UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN ROBERT STERLING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-44** |
| **PLAQUEMINES PARISH DETENTION CENTER, RAKEEME ROGERS** | **SECTION: "G"(5)** |

## ORDER

Before the Court is Plaintiff Kevin Robert Sterling's ("Plaintiff") response to the Report and Recommendation of the United States Magistrate Judge assigned to this case.[1] In January 2023, Plaintiff filed a *pro se* and *in forma pauperis* civil rights complaint against Defendants the Plaquemines Parish Detention Center and Rakeeme Rogers ("Rogers").[2] Plaintiff alleged that he was stabbed by a federal inmate, given a tetanus shot, and then sentenced to disciplinary solitary for 10 days.[3] He also alleged that he was denied mental health and pain management treatment while in custody.[4]

On February 8, 2023, the Magistrate Judge recommended that the claims be dismissed as frivolous and for failure to state a claim upon which relief can be granted.[5] Specifically, the Magistrate Judge found that the claims against Rogers, presumably the federal inmate who attacked Plaintiff, are not cognizable under Section 1983 because Rogers was not acting under

---

[1] Rec. Doc. 8.

[2] Rec. Doc. 4.

[3] *Id.* at 5.

[4] *Id.*

[5] Rec. Doc. 7.

color of state law.[6] The Magistrate Judge also recommended that the claims against the Plaquemines Parish Detention Center be dismissed because the jail is a building, not a person subject to suit under Section 1983.[7]

On February 22, 2023, Plaintiff filed a response to the Report and Recommendation. Plaintiff does not object to the dismissal of his claims against Rogers and the Plaquemines Parish Detention Center.[8] However, Plaintiff requests that he be allowed to amend the Complaint to name Warden Denise Narcisse and other employees at the jail.[9] Federal Rule of Civil Procedure 15(a)(2) provides that a court "should freely give leave when justice so requires."[10] Plaintiff has not attached a proposed Amended Complaint to this request. Therefore, the Court will grant Plaintiff 21 days to file the Amended Complaint. The matter will remain referred to the assigned Magistrate Judge, pursuant to Local Rule 73.2, for consideration of any claims raised in the Amended Complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the Plaquemines Parish Detention Center and Rakeeme Rogers are hereby dismissed with prejudice as legally frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

---

[6] *Id.* at 2.

[7] *Id.*

[8] Rec. Doc. 8.

[9] *Id.*

[10] Fed. R. Civ. Pro. R. 15(a).

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to file an Amended Complaint on or before March 23, 2023.

New Orleans, Louisiana, this \_\_\_\_6th\_\_\_\_ day of March, 2023.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**